■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR D. WILLIAMS, Appellant. [869 NYS2d 909]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 1, 1993 (*People v Williams*, 198 AD2d 249 [1993]), affirming a judgment of the County Court, Nassau County, rendered June 11, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL H. SOROKA, on Behalf of SHEA ROSEN, Petitioner, v WARDEN OF SUFFOLK COUNTY CORRECTIONAL CENTER et al., Respondents. [869 NYS2d 913]—Writ of habeas corpus in the nature of an application for bail reduction upon Suffolk County indictment No. 2996-08.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Spolzino, J.P., Santucci, Leventhal and Chambers, JJ., concur.